# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW PEAL MOORE II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-CV-0111 |
| | ) | |
| ROBERT J. KNODELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS ROBERT J. KNODELL, M. RUTH O'NEIL, AND JENNIFER RENNER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW, Defendants, Robert J. Knodell, M. Ruth O'Neil, and Jennifer Renner ("DSS Defendants") by and through their undersigned counsel, and respectfully requests this Court dismiss Plaintiff's Complaint for the following reasons. In support of this motion, DSS Defendants state as follows:

1. On January 19, 2023, Plaintiff, *pro se*, filed his Complaint. (Doc. 1)

2. In his Complaint, Plaintiff alleges violations of 42 U.S.C § 1983, § 1985, and Racketeer Influenced and Corrupt Organizations Act ("RICO").

3. All claims against DSS Defendants stem from their employment as DSS employees.

4. DSS Defendants now move this Court for an Order dismissing Plaintiff's claims against them with prejudice for the following reasons:

a. This Court does not have subject matter jurisdiction over Plaintiff's claims pursuant to the domestic relations exception, Rooker-Feldman doctrine, and Younger abstention doctrine. *See D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 482-86 (1983), *Rooker v. Fid. Tr. Co.*, 263 U.S. 413, 415-16 (1923), *Younger v. Harris*, 401 U.S. 37, 43 (1971).

b. DSS Defendants are entitled to qualified immunity and Eleventh Amendment immunity.

c. Plaintiff's Complaint fails to adequately plead any claim for relief. Fed. R. Civ. P. 12(b)(6).

WHEREFORE, DSS Defendants, Robert J. Knodell, M. Ruth O'Neil, and Jennifer Renner, for the aforementioned reasons, respectfully requests that this Court dismiss Plaintiff's Petition with prejudice and any such other and further relief as this Court deems just and proper.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/Ryan M. Murray*
Assistant Attorney General
Missouri Bar No. 71395
815 Olive Street, Suite 200
St. Louis, MO 63101
Telephone: (314) 340-7803
Fax: (314) 340-7029
E-Mail: ryan.murray@ago.mo.gov

*Attorney for Knodell, O'Neil, and Renner*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of April, 2023, a copy of the foregoing was filed through the Court's PACER system, which sent an electronic copy to all counsel of record, and to *Plaintiff Pro Se* at: Andrewmoore707@yahoo.com

*/s/ Ryan M. Murray*
Assistant Attorney General