UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREW PEAL MOORE II, </br> Plaintiff, </br> v. </br> ROBERT J. KNODELL, et al., </br> Defendants. | ) </br> ) </br> ) </br> ) Case No. 4:23-cv-00111-SEP </br> ) </br> ) </br> ) </br> ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this day and incorporated herein, this action is dismissed for lack of subject matter jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 8th day of November, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE