# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  23-3544
_____

Andrew Peal Moore, II, an individual

Plaintiff - Appellant

v.

Robert J. Knodell, Director, Missouri Department of Social Services Family Support Division, in his individual capacity; Jennifer Renner, in her individual capacity; M. Ruth O'Neil, in her individual capacity; Kim Lynette Hinton; SupportKids, Inc.

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
 (4:23-cv-00111-SEP)
_____

**JUDGMENT**

Before SMITH, BENTON, and GRASZ, Circuit Judges.

 This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

 After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 06, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
   /s/ Maureen W. Gornik